

# Missouri Court of Appeals
## Southern District

**MAY 18, 2015**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

1.  SD33615    In the Interest of:  D.P.P., a Minor, M.M.D.
             vs.
             Greene County Juvenile Office